ESTATE OF Leon P. SZLESZINSKI, by its Special Administrator and Darlene Szleszinski, Petitioners-Appellants,

v.

LABOR & INDUSTRY REVIEW COMMISSION, Respondent-Respondent,

MIDWEST COAST TRANSPORT, Respondent-Respondent-Petitioner,

TRANSHIELD TRUCKING and Transhield Leasing Company, Respondents.

Supreme Court

*No. 2004AP3033. Decided October 19, 2007.*

2007 WI 127

(Also reported in 739 N.W.2d 834.)

¶ 1. PER CURIAM. Midwest Coast Transport moves this court for reconsideration of its decision. The motion is denied.

¶ 2. The Estate of Leon P. Szleszinski moves this court to award it attorney fees and costs pre- and post-August 7, 2003, under the Wisconsin Fair Employment Act (WFEA). The court remands the issue of attorney fees and costs to the Labor and Industry Review Commission (LIRC).

¶ 3. Justices DAVID T. PROSSER and PATIENCE DRAKE ROGGENSACK dissent.

¶ 4. Justice ANNETTE KINGSLAND ZIEGLER did not participate.